Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
18321 Ventura Blvd. Suite 355
Tarzana, CA 91356
TEL/FAX: (800) 935-3170
mshvarts@dagaccess.com
Attorneys for Plaintiff, Jose Gutierrez Davalos

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

JOSE GUTIERREZ DAVALOS,
    Plaintiff,

vs.

MICHELLE KING,
Acting Commissioner of Social Security,
    Defendant.

Case No.: 2:24-cv-5338-KES

[~~PROPOSED~~] ORDER FOR AWARD OF EAJA FEES

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount **FOUR THOUSAND TWO HUNDRED AND THIRTY ONE DOLLARS** ($4,231.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: February 6, 2025

                                               HON. KAREN E. SCOTT
                                              United States Magistrate Judge